**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Charles W. PREE, Defendant–
Appellant.**

**No. 14–30221.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 21, 2015.*

Filed July 28, 2015.

Zeno Benjamin Baucus, USHE–Office of the U.S. Attorney, Helena, MT, Leif Johnson, Assistant U.S., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Robert Henry Branom, Jr., Assistant Federal Public Defender, FDMT–Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: CANBY, BEA, and MURGUIA, Circuit Judges.

### MEMORANDUM **

Charles W. Pree appeals from the district court's judgment and challenges his guilty-plea conviction and six-month sentence for theft of government property, in violation of 18 U.S.C. § 641. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Pree's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Pree the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.